UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CAUSE NO. 1:21CR00025-2** |
| **EMMA RAMOS** | § § | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS**

On February ____, 2022 the Court heard Emma Ramos's Motion to Extend Time to File Objections to Presentence Investigative Report.

The Court finds that the Motion should be and is hereby: GRANTED