**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO.1:21CR25-2 |
| | § | |
| EMMA RAMOS | § | |

### ORDER

Defendant Emma Ramos' Motion to Extend Time to File Objections to the Presentence

Investigative Report (#239) is **GRANTED.** The deadline is extended to March 9, 2022.

SIGNED at Beaumont, Texas, this 16th day of February, 2022.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE